**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Essa Waggeh,

                              Petitioner,

        -against-

Utility Workers Union of Americal Local 1-2,
et al.,

                              Defendants.

1:25-cv-10258 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 8.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-stewart-d-aaron. It is hereby ORDERED, as follows:

1.  No later than December 30, 2025, Petitioner's counsel shall file a notice of appearance in this action.

2.  No later than December 19, 2025, Counsel for Consolidated Edison Company of New York, Inc. shall serve a copy of this Order on Petitioner's counsel and file proof of service to the ECF docket.

**SO ORDERED.**
Dated:        New York, New York
              December 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge