**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Essa Waggeh,

                              Petitioner,

          -against-

Utility Workers Union of Americal Local 1-2,
et al.,

                              Defendants.

1:25-cv-10258 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff appeared, and counsel for each Defendant also appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED as follows:

1. Discovery is stayed until resolution of the pending motion to dismiss.

2. In the event the case is not fully dismissed, the parties shall meet and confer within 10 days after issuance of the ruling on the motion to dismiss, and shall submit a proposed Case Scheduling Order within 5 days thereafter.

**SO ORDERED.**
Dated:       New York, New York
             April 21, 2026

_____
STEWART D. AARON
United States Magistrate Judge